IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT CONWAY,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF CAMDEN, ET AL.,<br><br>        Defendants. | Civil Action<br>No. 16-9550(JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, District Judge**

1. On December 29, 2016, Plaintiff Robert Conway submitted a civil complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983.

2. This Court granted his *in forma pauperis* application and later permitted the complaint to proceed in part against certain defendants.

3. Mail sent to Plaintiff at his listed address was returned as undeliverable on November 21, 2017. Docket Entry 16.

4. Mail sent to Plaintiff at his listed address was returned as undeliverable on December 28, 2017. Docket Entry 22.

5. Mail sent to Plaintiff at his listed address was returned as undeliverable on December 29, 2017. Docket Entry 23.

6. Mail sent to Plaintiff at his listed address was returned as undeliverable on January 9, 2018. Docket Entry 24.

7. Mail sent to Plaintiff at his listed address was returned as undeliverable on January 22, 2018. Docket Entry 25.

8. Mail sent to Plaintiff at his listed address was returned as undeliverable on January 30, 2018. Docket Entry 26.

9. According to the New Jersey Department of Corrections, Plaintiff is now incarcerated at Southern State Correctional Facility. Inmate Search, available at https://www20.state.nj.us/DOC_Inmate/inmatefinder?i=I (last visited Mar. 13, 2018).

10. Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within 7 days. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." *Id.* Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008); *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009).

11. The Court will administratively terminate the proceedings without prejudice to Plaintiff's right to reinstate this action by submitting a notice of change of address within 30 days.

12. Plaintiff is notified that future failures to notify this Court as to his whereabouts may result in dismissal of the case.

13. An appropriate Order follows.

**March 29, 2018**                          **s/ Jerome B. Simandle**
Date                                           JEROME B. SIMANDLE
                                                  U.S. District Judge